UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-22356

CAROL STASAITIS,

    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties hereby advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

Respectfully Submitted on this 27th day of October, 2021.

| | |
|---|---|
| /s/ Lee W. Marcus | /s/ Edward P. Dabdoub |
| Lee W. Marcus (FBN 967076) | Edward Philip Dabdoub (FBN. 45685) |
| lmarcus@marcusmyerslaw.com | eddie@longtermdisability.net |
| MARCUS & MYERS, P.A. | Kevin Schaefer (FBN. 123688) |
| 6150 Metrowest Blvd., Ste. 208 | kevin@longtermdisability.net |
| Orlando, Florida 32835 | DABDOUB LAW FIRM, P.A. |
| Tel: (407) 447-2550 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (407) 447-2551 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |