UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-22356

CAROL STASAITIS,

    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees, costs, and expenses.

*Respectfully Submitted this 29th day of November 2021,*

| | |
|---|---|
| */s/ Lee W. Marcus* | */s/ Edward P. Dabdoub* |
| Lee W. Marcus (FBN 967076) | Edward Philip Dabdoub (FBN. 45685) |
| lmarcus@marcusmyerslaw.com | eddie@longtermdisability.net |
| MARCUS & MYERS, P.A. | Kevin Schaefer (FBN. 123688) |
| 6150 Metrowest Blvd., Ste. 208 | kevin@longtermdisability.net |
| Orlando, Florida 32835 | DABDOUB LAW FIRM, P.A. |
| Tel: (407) 447-2550 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (407) 447-2551 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |